**Opinion issued August 6, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-23-00887-CV**

————————————

**NATALIE WALLACE JOHNSON AND EARLEAN WALLACE, Appellants**

**V.**

**RAMON VASQUEZ, Appellee**

---

**On Appeal from the 412th Judicial District Court**
**Brazoria County, Texas**
**Trial Court Case No. 112949-CV**

---

**MEMORANDUM OPINION**

Appellants, Natalie Wallace Johnson and Earlean Wallace, have failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, appellants did not respond. *See* TEX. R. APP. P. 42.3(b)

(allowing involuntary dismissal of case). Accordingly, we dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Kelly and Goodman.